IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**FRANCIS MARIE HUES,**

**Defendant.**                                                     **No. 00-cr-30033-DRH**

## ORDER

**HERNDON, Chief Judge:**

Francis Marie Hues seeks a reduction in her sentence pursuant to 18 U.S.C. § 3582(c) and Amendment 706 to the United States Sentencing Guidelines (Doc. 128). The Court appointed counsel to represent Hues on this issue, and counsel has now moved to withdraw on the basis that she can make no non-frivolous arguments in support of a reduction pursuant to 18 U.S.C. § 3582(c). ***See Anders v. California*, 386 U.S. 738, 744 (1967)**. Hues did not respond to the motion to withdraw, even though she was given an opportunity to do so.

The Court notes that Hues has been released from custody from her original sentence and has been revoked three times. *See* Docs. 111, 125 & 145. Thus, the pending motion for a reduction in sentence is moot, because Hues has already served her original prison sentence. ***See United States v. Forman*, 553**

**F.3d 585, 589 (7th Cir.),** *cert. denied sub nom McKnight v. United States*, **129 S.Ct. 1924 (2009)**.

The Court therefore **GRANTS** counsel's motion to withdraw (Doc. 148) and **DISMISSES as moot** the motion for a sentence reduction (Doc. 128).

**IT IS SO ORDERED.**

Signed this 17th day of February, 2010.

/s/  *David R Herndon*
**Chief Judge
United States District Court**